**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

------------------------------------------------------------X
FREDERICK ANNAN,

               Plaintiff,

-against-

JOSHUA CLOTTEY,

               Defendants.
------------------------------------------------------------X

Index No. 07-cv-8591

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties that defendant, JOSHUA CLOTTEY, will have until November 7, 2007 to file an Answer or otherwise move against plaintiff's Verified Complaint and that the defendant will not raise the affirmative defenses of Personal Jurisdiction.

DATED: New York, New York
October 24, 2007

_____
DAVID BERLIN, ESQ.
Attorneys for Defendant
888 Seventh Avenue, Ste. 4500
New York, New York 10106
(212) 247-4650
FAX (212) 757-2863

_____
GIBSON & BEHMAN, P.C.
Attorneys for Plaintiff
80 Broad Street, 13th Floor
New York, New York 10004
(212) 609-2634
FAX (212) 609-2943

SO ORDERED,

10/26/07