**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

FREDERICK ANNAN,

        Plaintiff,

-against-

JOSHUA CLOTTEY,

        Defendant.

--------------------------------------X

STIPULATION TO EXTEND
TIME TO ANSWER COMPLAINT

06 Civ. 3081 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2007

IT IS HEREBY STIPULATED by and between the parties that defendant's time to answer the Complaint or otherwise move against plaintiff's Complaint in the above-captioned case is extended to November 21, 2007.

Dated: November 5, 2007
New York, New York

_____
Gibson & Behman, P.C.
Attorneys for Plaintiff
By: Bella Pevzner, Esq.
80 Broad Street, 13th Floor
New York, New York 10004
(212) 609-2634
Fax (212) 609-2943

_____
David Berlin
Attorney for Defendant
888 Seventh Avenue
Suite 4500
New York, New York 10106
(212) 247-4650
Fax (212) 757-2863

Approved.
SO ORDERED.

USDJ
11/8/07